# EXHIBIT B

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## WARRANT OF REMOVAL/DEPORTATION

**File No:** _____

**Date:** _____

**To any immigration officer of the United States Department of Homeland Security:**

_____
(Full name of alien)

who entered the United States at _____ on _____
                                            (Place of entry)                           (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

- [ ] an immigration judge in exclusion, deportation, or removal proceedings
- [ ] a designated official
- [ ] the Board of Immigration Appeals
- [ ] a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:

_____
(Signature of immigration officer)

_____
(Title of immigration officer)

_____
(Date and office location)

ICE Form I-205 (8/07)                                                                                          Page 1 of 2

To be completed by immigration officer executing the warrant: Name of alien being removed:

_____

**Port, date, and manner of removal:**    _____

| | |
|---|---|
| Photograph of alien removed | Right index fingerprint of alien removed |

_____
(Signature of alien being fingerprinted)

_____
(Signature and title of immigration officer taking print)

Departure witnessed by:    _____
(Signature and title of immigration officer)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____

_____

_____

_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here.    ☐

Departure Verified by:    _____
(Signature and title of immigration officer)