**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

GREATER BOSTON LATINO NETWORK, BRAZILIAN WORKER CENTER, INC., *et al.*,

*Plaintiffs*,

*v.*

MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,

*Defendants*.

No. 1:26-cv-10472-JEK

**DEFENDANTS' CONSENT MOTION TO RESCHEDULE HEARING**

Defendants respectfully move for the Court to reschedule the hearing on Plaintiffs' Motion for Partial Summary Judgment or, in the Alternative, Motion for Stay (ECF No. 26) and Defendants' Motion to Dismiss (ECF No. 30), which is currently scheduled for November 23, 2026. Defendants have conferred with Plaintiffs who have relayed that they consent to the filing of this Motion, as discussed further below. In support, Defendants state as follows:

1. On September 8, 2026, the Court noticed a hearing on the parties' pending cross-motions for November 10, 2026, at 10:00 a.m. *See* ECF No. 34.

2. On October 13, 2026, the Court rescheduled the hearing for November 23, 2026, at 3:00 p.m. *See* ECF No. 38.

3. Counsel for Defendants will be traveling to a remote location that is not near a major airport on November 21 and will not return to the Washington, D.C., area until November 29. Counsel is unable to move those obligations, making it difficult to travel to Boston during that week.

4. Counsel for Defendants conferred with Plaintiffs regarding a request to reschedule this hearing earlier today. Plaintiffs relayed that they consented to a request to move the hearing and proposed the following dates when Defendants' counsel is also available:

a. November 2, 4, 6, 9 (before 3:30 p.m.), 10, 12, 17, 18, and 19; and

b. December 1, 2, and 3.

5. If the Court does not have availability during any of those dates, the parties can also be available any day during the week of December 14. But Plaintiffs relayed that it is their "strong preference . . . for the matter to be heard before then."

Dated: October 13, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Branch Director
Federal Programs Branch

ANDREW WARDEN
Assistant Director, Federal Programs Branch

/s/ *J. Stephen Tagert*
J. STEPHEN TAGERT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel.: (202) 305-5486
stephen.tagert@usdoj.gov
*Counsel for Defendants*