**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

GREATER BOSTON LATINO NETWORK, BRAZILIAN WORKER CENTER, INC., and MASSACHUSETTS COMMUNITIES ACTION NETWORK,

Plaintiffs,

v.

MARKWAYNE MULLIN, *in his official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; DAVID VENTURELLA, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Defendants.

Civil Action No. 1:26-cv-10472-JEK

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs Greater Boston Latino Network, Brazilian Worker Center, Inc., and Massachusetts Communities Action Network respectfully submit this Notice of Supplemental Authority to inform the Court of the decision in *Woonasquatucket River Watershed Council v. U.S. Department of Agriculture* in the U.S. Court of Appeals for the First Circuit. *See* 186 F.4th 25 (1st Cir. 2026). A copy of the order is attached hereto as **Exhibit A**.

In that case, the Court confirmed that the APA, including 5 U.S.C. § 706(2), authorizes vacatur of agency action that provides relief beyond the parties, and that *Trump v. CASA, Inc.*, 606 U.S. 831 (2025) does not alter that fundamental principle. *Woonasquatucket River Watershed Council*, 186 F.4th at 52-56, 56 n.15 (analyzing scope of relief available under 5 U.S.C. §§ 705

and 706 to uphold district court's grant of injunctive relief). This case supports Plaintiffs' arguments for vacatur. *See* ECF No. 27 at 23-24; ECF No. 32 at 28-30.

Dated: November 13, 2026

Respectfully submitted,

LAWYERS FOR CIVIL RIGHTS

By: */s/ Brooke Simone*
Brooke Simone (BBO #718168)
Jillian Lenson (BBO #690653)
Oren Sellstrom (BBO #569045)
Iván Espinoza-Madrigal (BBO #708080)
141 Tremont St, 2nd Floor
Boston, MA 02111
Telephone: (617) 482-1145
bsimone@lawyersforcivilrights.org
jlenson@lawyersforcivilrights.org
osellstrom@lawyersforcivilrights.org
iespinoza@lawyersforcivilrights.org

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Hannah W. Brennan*
Hannah W. Brennan (BBO #688179)
Thomas M. Sobol (BBO #471770)
Michael H. Lavine (BBO #717587)
Chris O'Brien (BBO #703767)
One Faneuil Hall Square, 5th Floor
Boston, MA 02109
(617) 482-3700
tom@hbsslaw.com
hannahb@hbsslaw.com
michael.lavine@hbsslaw.com
chrisob@hbsslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2026, the above-captioned document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

*/s/ Hannah W. Brennan*
Hannah W. Brennan (BBO #688179)